IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19 CR 150 WMC |
| | 21 U.S.C. § 841(a)(1) |
| ENRICKI GOMEZ, | |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 7, 2019, in the Western District of Wisconsin, the defendant,

ENRICKI GOMEZ,

knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 10-10-19

_____
SCOTT C. BLADER
United States Attorney